Frank Weglarz, as administrator of the estate of Wanda Weglarz, deceased, appellant, v. Peter Birutas, appellee.  Gen. No. 34,251.

Heard in the first division of this court for the first district at the April term, 1930.  Opinion filed December 1, 1930.

Joseph F. Elward, for appellant.  No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Leo Kositchek, appellee, v. The New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey, appellant.  Gen. No. 34,290.

Heard in the first division of this court for the first district at the April term, 1930.  Opinion filed December 1, 1930.

Philip H. Treacy, for appellant.  Eisendrath, Solomon & Borden, for appellee; Jerome L. Abrahams, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Edith F. Tolbert, appellee, v. Mrs. Charles Bohman, appellant.  Gen. No. 34,311.

Heard in the first division of this court for the first district at the June term, 1930.  Opinion filed December 1, 1930.

Stuart B. Krohn, for appellant.  No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. E. H. Blume et al., plaintiffs in error.  Gen. No. 34,319.

Heard in the first division of this court for the first district at the June term, 1930.  Opinion filed December 1, 1930.

S. H. Shapiro and B. Mahony, for plaintiffs in error.  John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Otho S. Fasig, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.